No. 02–9597. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9598. LIGHTFOOT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9600. PULU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9601. AGUILAR-DOZAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9602. RIOS-AMAYA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9604. RAMIREZ-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9605. RAMIRES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9606. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9608. REYES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9609. ADAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9612. AGUILAR-CASTILLO v. UNITED STATES (Reported below: 54 Fed. Appx. 797); DONIS ARREDONDO v. UNITED STATES (61 Fed. Appx. 922); BOWEN, AKA JENKINS v. UNITED STATES (54 Fed. Appx. 797); DELGADO-LAMAS v. UNITED STATES (61 Fed. Appx. 922); FLORES-BAUTISTA v. UNITED STATES (54 Fed. Appx. 798); FLORES-RODRIGUEZ v. UNITED STATES (54 Fed. Appx. 797); GARCIA-PEREZ v. UNITED STATES (54 Fed. Appx. 795); GARCIA-SANCHEZ v. UNITED STATES (61 Fed. Appx. 921); HERNANDEZ-MARTINEZ v. UNITED STATES (54 Fed. Appx. 797); IBANEZ DE LA CRUZ, AKA IBANEZ-DE LA CRUZ, AKA IBANEZ v. UNITED STATES (54 Fed. Appx. 798); MENDOZA REYES v. UNITED STATES (54 Fed. Appx. 797); and VASQUEZ-HERRERA v. UNITED STATES (54 Fed. Appx. 797). C. A. 5th Cir. Certiorari denied.

No. 02–9613. AMERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.